```
USDC-SDNY
DOCUMENT
ELECTRONICALLY
FILED
DOC#:
DATE FILED: 9/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MCBRIDE,

              Plaintiff,

      v.

C&C APARTMENT MANAGEMENT LLC.,

              Defendants.

No.   21-CV-2989 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff Robert McBride, proceeding *pro se* and *in forma pauperis*, initiated this action on April 7, 2021, alleging employment discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, and state law.

    On May 24, 2021, the Court directed service on Defendants through the U.S. Marshals Service and extended the time for Plaintiff to serve Defendants with the Complaint until 90 days after the date that summonses were issued. The Court also directed Plaintiff to request an extension of time for service, if the Complaint was not served on Defendants within that time. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

    No proof of service has been filed on the docket. Plaintiff shall do so by October 14, 2021 or otherwise update the Court on the status of this case.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    September 14, 2021
              New York, New York

                                            Ronnie Abrams
                                            United States District Judge