USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT MCBRIDE,

            Plaintiff,

    v.

C&C APARTMENT MANAGEMENT LLC;
LUIS TORRESS; GEORGE BRENTON; IVO
KELLO; SEPTIMUS BAILEY,

            Defendants.

No. 21-CV-2989 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On February 11, 2022, Plaintiff filed the amended complaint in this action. On February 16, 2022, the Court received a letter from Plaintiff in which he explained that he inadvertently forgot to include certain pages of his amended complaint in his February 11 filing. Plaintiff attached the omitted pages to his letter and requested that the Court add these pages to his amended complaint.

The Court cannot edit a document that has already been filed on the docket. Plaintiff is thus ordered to re-file his amended complaint as soon as possible with all pages included and in the correct order. As to Plaintiff's question regarding whether his amended complaint replaces his original complaint, the Court advises him that an amended complaint, once successfully served, becomes the operative complaint. Accordingly, Plaintiff should include in his amended complaint all the Defendants he seeks to name and all the factual allegations that he wishes to raise.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    February 18, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge