USDC-SDNY
DOCUMENT
ELECTRONICALLY
FILED
DOC#:
DATE FILED: 03/01/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT MCBRIDE,

                Plaintiff,

v.

C&C APARTMENT MANAGEMENT LLC;
LUIS TORRESS; GEORGE BRENTION; IVO
KELLO; SEPTIMUS BAILEY; WILSON
ESQUILIN,

                Defendants.

No.  21-CV-2989 (RA)

ORDER OF SERVICE

---

RONNIE ABRAMS, United States District Judge:

      On February 11, 2022, Plaintiff filed the amended complaint in this action. On February 15, the Court issued an order that: (1) directed Defendants C&C Apartment Management LLC and Ivo Kello to move, answer, or otherwise respond to the amended complaint by March 8, 2022; (2) instructed Plaintiff to serve his amended complaint on Defendants George Brenton and Septimus Bailey by first-class mail pursuant to Federal Rule of Civil Procedure 5; and (3) instructed Plaintiff to provide a service address for Defendant Wilson Esquilin so the Court could issue an order of service. On February 16, Plaintiff informed the Court that he had inadvertently forgotten to include certain pages in his amended complaint. The Court instructed Plaintiff to file a corrected version on the docket. On February 28, Plaintiff filed the corrected amended complaint. For clarity, the Court will refer to this complaint as the second amended complaint. It is hereby ordered as follows:

      Given Plaintiff's refiling of his operative complaint, the time for C&C Apartment Management LLC and Ivo Kello to move, answer, or otherwise respond to the second amended complaint is extended to March 21, 2022.

      Plaintiff shall serve the second amended complaint on George Brenton and Septimus Bailey by mailing it to them at their last-known addresses by first-class mail. He shall file proof of such service on

the docket as soon as it is completed.

The Court directs service of the second amended complaint on Defendants Luis Torress and Wilson Esquilin using the addresses appended to this Order. The Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for both these Defendants at these addresses. The Clerk of Court is further instructed to issue summonses for both these Defendants at these addresses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these Defendants at these addresses.

It is Plaintiff's responsibility to inquire of the Marshals Service as to whether service has been made. If the second amended complaint has not been served on Torress and Esquilin within 90 days, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:   March 1, 2022
         New York, New York

Ronnie Abrams
United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

1. Luis Torress
   7 Bell Slip, Apt. 1G
   Brooklyn, NY 11222

2. Wilson Esquilin
   7 Bell Slip, Apt. 5R
   Brooklyn, NY 11222