```
USDC-SDNY
DOCUMENT
ELECTRONICALLY
FILED
DOC#:
DATE FILED: 04/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MCBRIDE,

                Plaintiff,

                v.

C&C APARTMENT MANAGEMENT LLC;
LUIS TORRESS; GEORGE BRENTON; IVO
KELLO; SEPTIMUS BAILEY,

                Defendants.

No. 21-CV-2989 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       On April 11, 2022, *pro se* plaintiff Robert McBride filed an application to proceed in this Court *in forma pauperis*. Plaintiff was, however, already granted leave to proceed *in forma pauperis* by an order dated May 11, 2021. That order is attached for Plaintiff's reference. Proceeding *in forma pauperis* relieves Plaintiff from filing fees in this Court and entitles him to the assistance of the U.S. Marshals Service in effecting service of his complaint under Federal Rule of Civil Procedure 4; it does not relieve him from the costs of serving and filing other pleadings pursuant to Federal Rule of Civil Procedure 5.

       The Court, however, corrects one aspect of its February 15, 2022 order. Because Defendants George Brenton and Septimus Bailey were served with the original complaint and are in default for failing to appear, Plaintiff need not serve them with the current complaint by first-class mail. *See* Fed. R. Civ. P. 5(a)(2).

       The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    April 13, 2022
            New York, New York

                                                         Ronnie Abrams
                                                         United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT McBRIDE,<br><br>        Plaintiff,<br><br>  -against-<br><br>C&C APARTMENT MANAGEMENT, et al.,<br><br>        Defendants. | 1:21-CV-2989 (UA)<br><br>ORDER GRANTING IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated: May 11, 2021
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                 Chief United States District Judge