**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

ROBERT MCBRIDE,

                         **Plaintiff,**

          **-against-**

C&C APARTMENT MANAGEMENT LLC, et al.,

                    **Defendants.**

-------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** __ 7/21/2022 __

**21-CV-02989 (RA)(SN)**

**SETTLEMENT CONFERENCE**
**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

A settlement conference is scheduled for Monday, August 22, 2022, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information in advance of the conference. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by Monday, August 15, 2022. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent the plaintiff at a settlement conference to be conducted before the undersigned. If *pro bono* counsel is located, such counsel shall represent the plaintiff solely for purposes

of the settlement negotiations and that representation will terminate at the conclusion of the

settlement process. If the Clerk of Court is unable to locate *pro bono* counsel, the

plaintiff shall appear without counsel at the settlement conference.

 Any objection by the plaintiff to the grant of *pro bono* counsel to represent the plaintiff

at a settlement conference must be filed within 14 days of the date of this Order. In the event the

plaintiff files such an objection, this grant for *pro bono* counsel is vacated.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       July 21, 2022
             New York, New York