```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROBERT MCBRIDE,

                              Plaintiff,                          21-CV-02989 (RA)(SN)

              -against-                                           ORDER

C&C APARTMENT MANAGEMENT, LLC, et al.,

                              Defendants.
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2022

**SARAH NETBURN, United States Magistrate Judge:**

On August 16, 2022, the Court granted Defendant's motion to adjourn the settlement conference scheduled for August 22, 2022, and rescheduled the conference for October 4, 2022. EFC No. 70.

As the Court has not heard from Plaintiff through email or phone to confirm his appearance at the conference, the Court ADJOURNS the settlement conference. If Plaintiff would like to reschedule the settlement conference, they are directed to contact Courtroom Deputy Rachel Slusher at rachel_slusher@nysd.uscourts.gov.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         October 6, 2022