UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT MCBRIDE,

                                 Plaintiff,                        21-CV-02989 (RA)(SN)

              -against-                              **ORDER**

C&C APARTMENT MANAGEMENT LLC, et al.,

                                 Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On December 14, 2022, Plaintiff filed a letter requesting an extension to "submit evidence and get an attorney." ECF No. 82. To the extent Plaintiff is seeking an extension of time to respond to discovery requests, he is granted until January 13, 2023. Plaintiff is reminded that the NYLAG Legal Clinic provides free legal assistance to pro se litigants in this Court. Plaintiff may contact NYLAG by calling 212-613-5000.

**SO ORDERED.**

DATED:    New York, New York
             December 19, 2022

                                                 SARAH NETBURN
                                                 United States Magistrate Judge