UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROBERT MCBRIDE,

                              Plaintiff,                      21-CV-02989 (RA)(SN)

             -against-                                   **ORDER**

C&C APARTMENT MANAGEMENT LLC, et al.,

                              Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On January 16, 2023, Plaintiff's counsel filed a motion to withdraw as counsel. ECF No. 95. Given counsel's recent appearance, a conference to discuss this motion is scheduled for Monday, January 23, 2023, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Mr. McBride is directed to attend. Defendants' counsel may appear but are not required to do so. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at Rachel_Slusher@nysd.uscourts.gov.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:       January 17, 2023
                 New York, New York