UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT MCBRIDE,

                              Plaintiff,                    21-CV-02989 (RA)(SN)

      -against-                                        ORDER

C&C APARTMENT MANAGEMENT LLC, et al.,

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The conference currently scheduled for Monday, January 30, 2023, is RESCHEDULED for Monday, February 6, 2023, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Mr. McBride is directed to attend. Defendants' counsel may appear but are not required to do so.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:      January 20, 2023
                   New York, New York