UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROBERT MCBRIDE,

                                     **Plaintiff,**                          21-CV-02989 (RA)(SN)

        -against-                                                           **ORDER**

C&C APARTMENT MANAGEMENT, LLC, et al.,

                                 **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On January 30, 2023, Plaintiff requested a three-week extension to respond to Defendants' discovery requests. Plaintiff's motion is GRANTED.

        Plaintiff is also reminded that he and attorney Brandon Schwartz are required to appear in Court on Monday, February 6, 2023, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:       February 3, 2023
                   New York, New York