UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROBERT MCBRIDE,

                           **Plaintiff,**                        21-CV-02989 (RA)(SN)

        -against-                                          **ORDER**

C&C APARTMENT MANAGEMENT, LLC, et al.,

                           **Defendants.**
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On February 6, 2023, the Court held a conference to discuss Plaintiff's counsel's motion to withdraw. For the reasons stated, the motion is GRANTED. Plaintiff is directed to immediately file a Notice of Pro Se Appearance. If Plaintiff retains new counsel, that counsel shall immediately file a Notice of Appearance. The current deadline to complete discovery remains April 28, 2023, and will not be further extended for any reason. See ECF No. 94.

        During the conference, outgoing counsel represented that, for a limited period, he would be willing to assist Plaintiff in negotiating a settlement. Plaintiff is encouraged to consider counsel's offer to represent him solely for the purposes of settlement.

        Outgoing counsel is directed to forward a copy of this Order to Plaintiff. The Clerk of Court is directed to re-designate the case as "pro se" and terminate Plaintiff's counsel of record.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:       February 8, 2023
                  New York, New York