UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROBERT MCBRIDE,

                       **Plaintiff,**                  21-CV-02989 (RA)(SN)

-against-                               **ORDER**

C&C APARTMENT MANAGEMENT, LLC, et al.,

                       **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The conference scheduled for Thursday, March 16, 2023, is rescheduled to 2:30 p.m. on Monday, April 3, 2023, in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at Rachel_Slusher@nysd.uscourts.gov. If Plaintiff fails to attend or notify the Court that he is unable to attend, the Court will recommend that his action be dismissed for failure to prosecute.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     March 14, 2023
                New York, New York