```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT MCBRIDE,

                                      **Plaintiff,**

            **-against-**

**C&C APARTMENT MANAGEMENT, LLC, et al.,**

                                      **Defendants.**

-----------------------------------------------------------------X

**21-CV-02989 (RA)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       The conference currently scheduled for Monday, April 3, 2023, is RESCHEDULED for Tuesday, April 11, 2023, at 11:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at Rachel_Slusher@nysd.uscourts.gov.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:      April 3, 2023
                 New York, New York