USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT MCBRIDE,

                                            **Plaintiff,**                      21-CV-2989 (RA)(SN)

            -against-                                       **ORDER**

C&C APARTMENT MANAGEMENT, LLC, et al.,

                                          **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On April 3, 2023, the Court scheduled a conference for April 11 to discuss outstanding discovery matters, including Plaintiff's failure to communicate with counsel for the C&C Apartment Management Defendants. On April 6, 2023, new counsel appeared on behalf of Defendants Septimus Bailey and George Brenton. That counsel, however, failed to appear at the April 11 conference. (Counsel entered the courtroom after the conference adjourned.) Counsel is obligated to review the docket and attend all court conferences.

       With respect to the outstanding discovery matters, Defendants will provide Plaintiff with a new copy set of discovery demands, and Plaintiff must serve responses to Defendants' discovery requests and any responsive documents by May 12, 2023. The Court expects new counsel also to immediately serve any discovery demands. Plaintiff must serve his own discovery demands by April 28, 2023, and Defendants must respond no later than May 30, 2023. The deadline for all discovery is June 30, 2023. It will not be extended.

Finally, Plaintiff is encouraged to contact the NYLAG Legal Clinic at (212) 659-6190.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   April 12, 2023
         New York, New York