UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT MCBRIDE,

                     Plaintiff,                                21-CV-02989 (RA)(SN)

      -against-                                           **ORDER**

C&C APARTMENT MANAGEMENT LLC, et al.,

                    Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On June 2, 2023, the Court ordered that all discovery must be completed by June 29, 2023. In light of the deposition scheduled for June 28, 2023, Plaintiff is ordered to serve his written discovery responses to Defendants by June 16, 2023.

**SO ORDERED.**

                                                             SARAH NETBURN
                                                            United States Magistrate Judge

DATED:       June 9, 2023
                 New York, New York