```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT MCBRIDE,

                        Plaintiff,                     21-CV-02989 (RA)(SN)

      -against-                                **ORDER**

C&C APARTMNET MANAGEMENT LLC, et al.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On August 2, 2023, the Court held a conference to set a final deadline for the completion of discovery. The Court has received Plaintiff's August 1, 2023 letter and will defer any decisions on sanctions. Accordingly, Plaintiff shall complete his discovery production by September 1, 2023, and all fact discovery shall be completed by October 2, 2023.

**SO ORDERED.**

                                                                                 SARAH NETBURN
                                                                                                United States Magistrate Judge

DATED:       August 4, 2023
                 New York, New York