UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT MCBRIDE,

                              **Plaintiff,**                              21-CV-02989 (RA)(SN)

            -against-                                                 **ORDER**

C&C APARTMNET MANAGEMENT LLC, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff requests an extension of the November 20, 2023 fact discovery deadline, citing medical issues. ECF No. 129. The Court does not find good cause justifying an extension. Plaintiff has a long history of failing to comply with discovery demands. The Court has already extended the fact discovery deadline several times due to Plaintiff's non-compliance and accordingly ordered that the November 20, 2023 deadline would not be further extended. Additionally, Plaintiff fails to explain how his current medical issues impair his ability to respond to Defendants' discovery demands. Plaintiff's request to extend the fact discovery deadline is therefore DENIED. Plaintiff is warned that any outstanding discovery requests are now overdue and could result in sanctions. Moreover, Plaintiff is precluded from relying on any documents that were not produced by the deadline.

      The parties were ordered to notify the Court by November 20, 2023, whether they planned to call any expert witnesses. Because that date has passed without such notification, the Court assumes that the parties do not plan to call expert witnesses. Accordingly, pursuant to the

Court's October 24, 2023 Order, motions for summary judgment shall be filed, without pre-motion letter, by December 20, 2023. ECF No. 128.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   November 21, 2023
         New York, New York