UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT MCBRIDE,

                                Plaintiff,                  21-CV-02989 (RA)(SN)

        -against-                                          **ORDER**

C&C APARTMNET MANAGEMENT LLC, et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On January 22, 2024, Defendants George Brenton and Septimus Bailey filed a motion for summary judgment, and Defendant C&C Apartment Management LLC ("C&C") filed a separate motion for summary judgment. ECF Nos. 135, 142. By February 21, 2024, Plaintiff shall file opposition to the motions for summary judgment. Defendants Brenton, Bailey, and C&C may file replies, if any, by March 6, 2024.

    The Court recommends that Plaintiff, proceeding *pro se*, contact the New York Legal Assistance Group ("NYLAG") Legal Clinic for *Pro Se* Litigants for guidance with drafting opposition. NYLAG's Clinic can be reached at 212-659-6190. Additional information on the Clinic is attached. The Court also recommends that Plaintiff review the attached document titled "How to Oppose a Motion" for further guidance.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:       January 24, 2024
                New York, New York