```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT MCBRIDE,

                                Plaintiff,

        -against-

C&C APARTMNET MANAGEMENT LLC, et al.,

                            Defendants.

-----------------------------------------------------------------X

21-CV-02989 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff was previously ordered to file an opposition to Defendants' motions for summary judgment by May 3, 2024. ECF No. 149. To date, Plaintiff has not filed any opposition. The Court extends the deadline to May 24, 2024. If Plaintiff does not file an opposition by that date, the Court will consider the pending motions fully briefed and unopposed. If Plaintiff timely opposes the motions, Defendants may any reply by June 24, 2024.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    May 10, 2024
                New York, New York