UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT MCBRIDE,

                              Plaintiff,                           21-CV-02989 (RA)(SN)

              -against-                                   **ORDER**

C&C APARTMNET MANAGEMENT LLC, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff was previously ordered to file an opposition to Defendants' motions for summary judgment by May 3, 2024. ECF No. 149. Because Plaintiff failed to file his opposition by that date, the Court extended Plaintiff's deadline to May 24, 2024, and warned Plaintiff that if he did not file his opposition by May 24, 2024, the Court would deem the pending motions fully briefed. ECF No. 150. By letter dated May 24, 2024, Plaintiff requested a one-week extension to file his opposition. The Court GRANTS Plaintiff's request for a one-week extension. By June 11, 2024, Plaintiff shall file an opposition to Defendants' motions for summary judgment. No further extensions will be granted; this is Plaintiff's final chance to file an opposition. Plaintiff is again warned that if he fails to file his opposition by June 11, 2024, the Court will deem Defendants' motions fully briefed.

If Plaintiff opposes Defendants' motions by June 11, 2024, Defendants may file any replies by July 11, 2024.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   June 4, 2024
         New York, New York