# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
ROBERT MCBRIDE,

                Plaintiff,                21 **CIVIL** 2989 (DEH)

    -against-                            **JUDGMENT**

C&C APARTMENT MANAGEMENT LLC BRENTON
GEORGE, IVO KELLO, SEPTIMUS BAILEY, LUIS
TORRES, and WILSON ESQUILIN.

                Defendants.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated October 1, 2024, Defendants' motions for summary judgment are GRANTED. For the same reasons that the Court grants judgment for the represented Defendants, the Court also sua sponte dismisses the claims against the individual defendants not represented by counsel, Luis Torres and Wilson Esquilin.

**Dated:** New York, New York

      October 2, 2024

                                                  **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                          **BY:**
                                                    **Deputy Clerk**