UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MCBRIDE,

                Plaintiff,

v.

C&C APARTMENT MANAGEMENT LLC ET AL.,

                Defendants.

21-CV-2989 (DEH)

ORDER

DALE E. HO, United States District Judge:

On October 1, 2024, this Court issued an Amended Opinion and Order granting Defendants' motion for summary judgment in the above-captioned case. ECF No. 163. Thereafter, on October 28, 2024, Plaintiff filed a Notice of Appeal. ECF No. 167. Now before this Court is Plaintiff's letter motion seeking an extension of time to file his appeal, ECF No. 169, and motion for leave to proceed *in forma pauperis* on appeal, ECF No. 170, both of which were filed on December 11, 2024.

Plaintiff's motions are **DISMISSED** because this Court no longer has jurisdiction over his case.[1] For matters concerning his appeal, Plaintiff shall direct his inquiries and filings to the United States Court of Appeals for the Second Circuit.[2]

---

[1] *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."); *see also Toliver v. County of Sillivan*, 957 F.2d 47, 49 (2d Cir. 1992) ("[The Second] [C]ircuit has repeatedly held that the docketing of a notice of appeal 'ousts the district court of jurisdiction except insofar as it is reserved to it explicitly by statute or rule.'").

[2] Per its website, the telephone number for Second Circuit's civil appeals unit is (212) 857-8576, and that unit's email address is civilcases@ca2.uscourts.gov.

SO ORDERED.

The Clerk of Court is respectfully directed to terminate ECF Nos. 169 and 170.

Dated: December 13, 2024
      New York, New York

 

_____
DALE E. HO
United States District Judge